No. 03–5472 (03A69). COOEY *v.* OHIO. Sup. Ct. Ohio. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Certiorari denied.

AUGUST 4, 2003

No. 02–473. UNITED STATES *v.* BANKS. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1187.] Motion of the Solicitor General to allow David B. Salmons to argue *pro hac vice* granted.

No. 02–628. FREW, ON BEHALF OF HER DAUGHTER, FREW, ET AL. *v.* HAWKINS, COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL. C. A. 5th Cir. [Certiorari granted, 538 U. S. 905.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–749. RAYTHEON CO. *v.* HERNANDEZ. C. A. 9th Cir. [Certiorari granted, 537 U. S. 1187.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 02–1019. ARIZONA *v.* GANT. Ct. App. Ariz. [Certiorari granted, 538 U. S. 976.] Motion of National Association of Police Organizations for leave to file a brief as *amicus curiae* granted.

No. 02–1290. UNITED STATES POSTAL SERVICE *v.* FLAMINGO INDUSTRIES (USA) LTD. ET AL. C. A. 9th Cir. [Certiorari granted, 538 U. S. 1056.] Motion of petitioner to dispense with printing the joint appendix granted.